UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| ROSAS, | ) | |
| | ) | |
| Plaintiff, | ) | 2:06-cv-3084-PHX-JWS |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SCHRIRO *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

At docket 23, Magistrate Judge Anderson recommends that the petition for writ of habeas corpus be denied. No objections have been filed.

In a matter of this type, this court reviews any recommended findings of fact to which an objection is taken, and all recommended applications of the law to the facts de novo. This court reviews findings of fact as to which no objection has been taken for clear error. Having applied these standards to the recommendation at docket 23, this court concludes that the magistrate judge is correct in all respects, and therefore his report is **ADOPTED**. Based theron, the petition is hereby **DENIED**.

DATED at Anchorage, Alaska, this 10th day of December 2007.

/s/
John W. Sedwick
United States District Judge